**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   23-cr-423-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ERICK FERNANDO RAUDALES MATAMOROS,

     Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

## COUNT 1

On or about April 19, 2023, in the State and District of Colorado, the defendant, ERICK FERNANDO RAUDALES MATAMOROS, did knowingly and intentionally distribute and possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [1- (2-phenylethyl) -4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi).

## COUNT 2

On or about May 4, 2023, in the State and District of Colorado, the defendant, ERICK FERNANDO RAUDALES MATAMOROS, did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT 3

On or about June 1, 2023, in the State and District of Colorado, the defendant, ERICK FERNANDO RAUDALES MATAMOROS, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 4

On or about July 13, 2023, in the State and District of Colorado, the defendant, ERICK FERNANDO RAUDALES MATAMOROS, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N- [1- (2-phenylethyl) -4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

1.      The allegations contained in Counts 1 through 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

2.      Upon conviction of the violations alleged in Counts 1 through 4 of this Indictment involving violations of Title 21, United States Code, Section 841(a)(1), the defendant, ERICK FERNANDO RAUDALES MATAMOROS, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the

defendant's right, title and interest in all property constituting and derived from any

proceeds obtained directly and indirectly as a result of such offense, and in all property

used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of such offense.

       3.      If any of the property described in paragraph 2 above, as a result of any

act or omission of the defendant:

     a. cannot be located upon the exercise of due diligence;
     b. has been transferred or sold to, or deposited with, a third party;
     c. has been placed beyond the jurisdiction of the Court;
     d. has been substantially diminished in value; or
     e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of said defendant up to the value of the

forfeitable property.

A TRUE BILL:


Ink Signature on File in Clerk's Office
FOREPERSON


COLE FINEGAN
United States Attorney

By: s/ Daniel W. Warhola
Daniel W. Warhola
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0305
Fax:  303-454-0405
E-mail:  dan.warhola@usdoj.gov
Attorney for Government