| | |
|---|---|
| <u>DEFENDANT</u>: | ERICK FERNANDO RAUDALES MATAMOROS |
| <u>YOB</u>: | 1994 |
| <u>COMPLAINT FILED?</u> | ___ Yes   _X_ No<br><br>If Yes, MAGISTRATE CASE NUMBER _____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | ___ Yes   _X_ No |
| <u>OFFENSE(S)</u>: | **COUNT 1:** 21 U.S.C. § 841(a)(1) and (b)(1)(A)(vi) (Distribute and Possess with Intent to Distribute 400 Grams or More of a Mixture or Substance Containing a Detectable Amount of N-phenyl-N-[1–(-2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II Controlled Substance)<br><br>**COUNT 2:** 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) (Distribute and Possess with Intent to Distribute 50 Grams or More of Methamphetamine (Actual), a Schedule II Controlled Substance)<br><br>**COUNT 3:** 21 U.S.C. § 841(a)(1) and (b)(1)(C) (Distribute and Possess with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine, a Schedule II Controlled Substance)<br><br>**COUNT 4:** 21 U.S.C. § 841(a)(1) and (b)(1)(C) (Distribute and Possess with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of N-phenyl-N-[1–(-2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II Controlled Substance) |
| <u>LOCATION OF OFFENSE:</u> | Adams County and Arapahoe County, Colorado |
| <u>PENALTY:</u> | **COUNTS 1 and 2 (each count):** NLT 10 years and NMT life imprisonment, NMT $10,000,000 fine, or both; NLT 5 years and NMT life of supervised release; $100 Special Assessment Fee<br><br>**COUNTS 3 and 4 (each count):** NMT 20 years imprisonment, NMT $1,00,000 fine, or both; NLT 3 years and NMT life of supervised release; $100 Special Assessment Fee |
| <u>AGENT:</u> | Amandine Bahro<br>Special Agent, Drug Enforcement Administration |

<u>AUTHORIZED BY:</u>   Daniel W. Warhola
Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

_X_ five days or less; ___ over five days

<u>THE GOVERNMENT</u>

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.