FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1/8/2024
JEFFREY P. COLWELL, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERICK FERNANDO RAUDALES MATAMOROS | CASE NUMBER 1:23-cr-00423-NYW-1<br><br>**AFFIDAVIT IN SUPPORT OF REQUEST FOR EXTRADITION** |

I, Amandine K. Bahro, being duly sworn, depose and state:

1. I reside in the United States of America.

2. Since November 2022, I have been employed as a Special Agent of the Drug Enforcement Administration (DEA). Previously, I was commissioned as a United States Army military intelligence officer in multiple domestic duty locations and deployed to the Middle East, for approximately five years.

3. The DEA is responsible for the enforcement of federal laws, including those related to drug trafficking. As a DEA Special Agent, I have received training and conducted or assisted in numerous federal drug investigations. I have debriefed defendants, informants, and witnesses with personal knowledge regarding major drug trafficking organizations. Additionally, I have participated in many aspects of drug investigations including undercover operations and surveillance, and conducting arrests. The investigations in which I have participated have been related to the unlawful importation, possession, and distribution of controlled substances, the laundering of the proceeds of illegal activities, and the acquisition of firearms by drug traffickers for the purpose of furthering illegal activities.

4. Based on my training, personal experience, and participation in criminal investigations, I have become familiar with the methods and techniques individuals engaged in drug trafficking use, including: the distribution, storage, and transportation of drugs and the collection of money proceeds of drug trafficking.

5. I am one of the agents assigned to this case, which involved an investigation of the drug trafficking activities of ERICK FERNANDO RAUDALES MATAMOROS ("RAUDALES MATAMOROS"). I am familiar with the charges and the evidence in the case against RAUDALES MATAMOROS. This evidence includes information obtained from law enforcement officers, witnesses, seizures of drugs, and lawfully intercepted communications. During the lawfully intercepted communications obtained during the investigation, RAUDALES MATAMOROS often spoke or texted in Spanish and used coded and cryptic language to describe and to facilitate his drug trafficking activities.

6. The facts of this affidavit are based upon my first-hand knowledge, conversations I have had with other law enforcement officers involved in this investigation, and with cooperating witnesses, as well as my review of the documentary and physical evidence. The following is merely a summary of the evidence obtained during this investigation and does not reflect my entire knowledge of the investigation. In addition, the evidence discussed in this affidavit does not represent all of the evidence collected during the investigation.

## SUMMARY OF THE EVIDENCE

7. An investigation by law enforcement authorities identified a drug trafficking organization based in Aurora, Colorado that was responsible for trafficking large quantities of

2

methamphetamine, cocaine, and fentanyl throughout the Denver metro area. During lawfully intercepted communications, the investigation identified RAUDALES MATAMOROS as one of the organization's sources of supply in the United States responsible for providing the organization's drug trafficking methamphetamine and fentanyl for distribution.

8. Law enforcement authorities dismantled this organization's flow of drug trafficking and seek to apprehend RAUDALES MATAMOROS. During the course of the investigation, on March 28, 2023, a Confidential Source (CS) provided information to law enforcement authorities and verified the identity, phone number, and drug trafficking activities of RAUDALES MATAMOROS in the Denver metro area. The CS was able to introduce a law enforcement authority as an undercover officer (UC) as a potential buyer to RAUDALES MATAMOROS. Between April 2023 and July 2023, law enforcement authorities conducted four separate drug transactions with RAUDALES MATAMOROS purchasing fentanyl, cocaine, and methamphetamine.

### April 19, 2023 Fentanyl Transaction

9. On April 17, 2023, the UC communicated with RAUDALES MATAMOROS via electronic message to 720-900-6708. The UC negotiated with RAUDALES MATAMOROS and agreed upon purchasing approximately 5,000 fentanyl pills for $1 U.S. Dollar (USD) per pill. The UC and RAUDALES MATAMOROS agreed to meet on April 19, 2023, to conduct the transaction.

10. On April 19, 2023, at approximately 10:20 a.m., the UC sent an electronic communication to RAUDALES MATAMOROS confirming their meeting to conduct the exchange.

3

11. On the same date, at approximately 12:00 p.m., the UC observed a silver Honda Accord bearing Colorado license plate AWM-B91 park next to him in the Walmart parking lot. The UC observed RAUDALES MATAMOROS in the driver seat and the UC motioned for him to come into the UC's vehicle. The UC identified RAUDALES MATAMOROS based on a previous photograph the UC had seen of RAUDALES MATAMOROS. The UC observed RAUDALES MATAMOROS exit the driver seat, open the front passenger door of the vehicle he arrived in, and retrieve a backpack. RAUDALES MATAMOROS then got into the front passenger seat of the UC's vehicle.

12. During the transaction, the UC asked RAUDALES MATAMOROS if he had any other work (a slang term meaning other illegal controlled substances). The UC asked RAUDALES MATAMOROS if he can get some water (a slang term meaning methamphetamine). RAUDALES MATAMOROS stated that he could, to which the UC responded that he usually pays about $1,100 USD for a pound. RAUDALES MATAMOROS asked the UC for how many, and the UC replied, "That's if I'm getting more than 10 pounds. Let me know because in about a week or so I can get a sample and then we can start some work. People in Kansas and Nebraska are paying a lot of money right now." RAUDALES MATAMOROS then reached into his backpack and retrieved five clear plastic bags that contained suspected fentanyl M-30 pills. The UC inspected the bag and the pills. The UC asked RAUDALES MATAMOROS if the pills were "clean," and RAUDALES MATAMOROS replied, "Yes."

13. On the same date, prior to completing the transaction, the UC put the five clear plastic bags in the back of his seat. The UC retrieved the $5,000 USD and handed it to RAUDALES

4

MATAMOROS. RAUDALES MATAMOROS began to count the cash in front of the UC. Shortly after, the UC shook hands with RAUDALES MATAMOROS, confirming completion of the transaction. RAUDALES MATAMOROS then exited the UC's vehicle and got back into his Honda Accord. Subsequent laboratory analysis confirmed that the pills seized, which weighed over 500 grams, contained fentanyl.

### May 4, 2023 Methamphetamine Transaction

14. After the April 19, 2023, transaction with RAUDALES MATAMOROS, the UC and RAUDALES MATAMOROS remained in contact and negotiated the sale of methamphetamine.

15. On May 3, 2023, the UC sent a text message to RAUDALES MATAMOROS at 720-517-2081 telling him that the UC will be arriving late afternoon for the waters (meaning the methamphetamine) and the $1,500 USD. RAUDALES MATAMOROS replied asking if the UC only wanted one (meaning one pound). The UC replied "yes, a sample."

16. On May 4, 2023, the UC arrived at the Walmart parking lot located in Aurora, Colorado. On the same date, at approximately 2:35 p.m., RAUDALES MATAMOROS called the UC and asked the UC if he could meet him next to the Wing Stop in the same parking lot. Upon arriving at the Wing Stop, the UC immediately recognized RAUDALES MATAMOROS standing outside a blue Toyota Corolla. The UC parked his vehicle next to RAUDALES MATAMOROS, who immediately opened the front passenger seat of the UC's vehicle. Shortly after, RAUDALES MATAMOROS returned to the blue Toyota Corolla and retrieved a small box and then placed it on the front passenger seat of the UC's vehicle. The UC opened the box and observed a Burger King bag in it. The UC then

5

opened the Burger King bag and observed a clear zip lock bag inside the bag that contained suspected methamphetamine. After the UC examined the suspected methamphetamine, he gave RAUDALES MATAMOROS $1,500 USD in exchange for the pound of methamphetamine.

17. On the same date, shortly after the transaction, RAUDALES MATAMOROS asked the UC if he was interested in powder fentanyl. The UC informed RAUDALES MATAMOROS that he used to get kilos (meaning kilograms) of the powder (meaning the fentanyl) in California for $15,000 USD. RAUDALES MATAMOROS told the UC that he will get prices and let him know. Subsequent laboratory analysis confirmed that the suspected methamphetamine seized on May 4, 2023, contained over 400 grams of methamphetamine.

### June 1, 2023 Cocaine Transaction

18. The UC and RAUDALES MATAMOROS negotiated another transaction. On June 1, 2023, during the transaction, RAUDALES MATAMOROS gave the UC a clear plastic bag that contained a white substance, which appeared to be cocaine. The UC knew from training and experience that the bag which contained the white substance was consistent with cocaine, not powder fentanyl. The UC asked RAUDALES MATAMOROS if it was cocaine and he said yes. The UC expressed that he was upset that it was not powdered fentanyl. The UC asked RAUDALES MATAMOROS if he can still get the powdered fentanyl and he replied that it will take about 45 minutes for him to go and get it. The UC told RAUDALES MATAMOROS that next time in about two weeks that he wants to get the powdered fentanyl. RAUDALES MATAMOROS agreed that the next meeting will

6

be with powdered fentanyl. Subsequent laboratory analysis confirmed that the substance seized on June 1, 2023, contained cocaine.

### July 13, 2023 Powdered Fentanyl Transaction

19. The UC continued to communicate with RAUDALES MATAMOROS. On July 13, 2023, RAUDALES MATAMOROS called the UC, at which time the UC informed RAUDALES MATAMOROS that he would be at the Home Depot off of Mississippi Avenue, located in Aurora, Colorado.

20. On the same date, shortly after arriving, RAUDALES MATAMOROS exited his vehicle, approached the UC vehicle, and entered the front passenger seat. The UC and RAUDALES MATAMOROS spoke about the powder. The UC observed RAUDALES MATAMOROS retrieve a clear plastic bag from his pocket. The clear plastic bag contained a white blocky substance, which appeared to be powdered fentanyl. The UC retrieved $700 USD in cash, opened a concealed compartment within the UC's vehicle, and instructed RAUDALES MATAMOROS to drop the powdered fentanyl into the compartment, which he did. Subsequent laboratory analysis testing confirmed that the substance seized on July 13, 2023, contained fentanyl.

21. [illegible]

7

## IDENTIFICATION

21. ERICK FERNANDO RAUDALES MATAMOROS is a Honduran citizen, born on December 21, 1994, in Honduras. He is described as a Hispanic male, standing approximately 5 feet 8 inches tall, weighing approximately 200 pounds, with brown hair and brown eyes. RAUDALES MATAMOROS is the holder of Honduran Identification Number 0803-1995-00431 and Passport Number E0198543. Attached to my affidavit as **Attachment D-1** is a photograph of RAUDALES MATAMOROS. The UC has identified this photograph as being that of RAUDALES MATAMOROS, the individual involved in the criminal activities described above.

Amandine K. Bahro
Special Agent
Drug Enforcement Administration
United States Department of Justice

SWORN AND SUBSCRIBED BEFORE ME
ON ___January 8___ 2024.

HON. SUSAN B. PROSE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO